# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

ANSELMO RODRIGUEZ,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-11-03083-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED** and the matter is **REMANDED** to the Commissioner for additional proceedings. Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED this 8th day of February, 2013.

    SEAN F. McAVOY
    Clerk of Court

by: *[signature]* Linda F. Hansen
    Deputy Clerk

cc: all counsel